SNB
8/11/17

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUG 28 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Sky Cell Phone with IMEI Nos.
352517070139891/352517070154890 & Sky Cell Phone
with IMEI Nos. 358089060310340/358089060351146

)
)
)  Case No.  **17-2195SAG**
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Please see Attachment A.

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:
Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to Distribute and Possess With Intent to Distribute Heroin and Fentanyl; Possession With Intent to Distribute Heroin and Fentanyl |

The application is based on these facts:
Please see the attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Thomas Davis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 14 2017

*Judge's signature*

Stephanie A. Gallagher
Beth P. Gesner, U.S. Magistrate Judge

City and state: Baltimore, Maryland
*Printed name and title*